**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DERRICK LAMAR HAIRSTON, | No. 1:23-cv-01186 JLT FJS (PC) |
| Plaintiff, | ORDER DENYING MOTION FOR SERVICE (Doc. 21) |
| v. | |
| DAVIS, *et al.*, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM |
| Defendants. | (Doc. 20) |

Derrick Lamar Hairston is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On April 8, 2026, the assigned magistrate judge screened the second amended complaint and issued findings and recommendations recommending that this action be dismissed for failure to state a cognizable claim upon which relief may be granted. (Doc. 20.) The Court served the findings and recommendations on Plaintiff, notified him that any objections were due within 14 days, and warned him that failure to timely file objections may result in the loss of certain appellate rights. (*Id., citing Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014).) Plaintiff did not file objections to the findings and recommendations, and the deadline to do so has expired. [1]

---

[1] On April 21, 2026, Plaintiff filed a motion requesting immediate service of the complaint or formal notification as to why his request was not reasonable. (Doc. 21.) However, the Court will direct service of process only after a complaint has been screened and found to state cognizable claims for relief. Because the Court finds herein that Plaintiff has failed to state cognizable claims, service will not be ordered.

1

According to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court concludes the findings and recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1.  Plaintiff's motion for service, (Doc. 21), is **DENIED**.

2.  The findings and recommendations issued on April 8, 2026, (Doc. 20), are **ADOPTED IN FULL**.

3.  This action is **DISMISSED**, with prejudice, for failure to state a cognizable claim upon which relief may be granted.

4.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **May 15, 2026**

UNITED STATES DISTRICT JUDGE